DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GERALD SCOTT,**
Appellant,

v.

**BOCA LANDINGS HOMEOWNERS ASSOCIATION, INC.,**
Appellee.

No. 4D2024-2737

[May 14, 2025]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Levien Shullman, Judge; L.T. Case No. 50-2023-CC-005101-XXXX-MB.

Gerald Scott, Boca Raton, pro se.

Joseph G. Paggi III and Ebryonna Wiggins of Stevens & Goldwyn, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.  Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

GROSS, MAY and CONNER, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***